**572**

**ATLAS LIFE INSURANCE COMPANY, a corporation,**

v.

**NATIONAL LABOR RELATIONS BOARD and Local 245, Building Service Employees International Union.**

No. 6150.

United States Court of Appeals
Tenth Circuit.

Dec. 7, 1960.

E. J. Doerner, Harry D. Moreland and Dickson M. Saunders, Tulsa, Okl., for petitioner.

Thomas J. McDermott, Associate General Counsel, and Marcel Mallet-Prevost, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for respondents.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.
Petition to review dismissed.

**A. N. SPANEL et al.,**

v.

**ULA MINING CORPORATION.**

**ULA MINING CORPORATION**

v.

**A. N. SPANEL et al.**

Nos. 6558, 6559.

United States Court of Appeals
Tenth Circuit.

Nov. 30, 1960.

Modrall, Seymour, Sperling, Roehl & Harris, Albuquerque, N. M., and Lyne,

Blanchette, Smith & Shelton, Dallas, Tex., for appellants, and cross-appellees.

Dolley, Jessen & Painter, Los Angeles, Cal., and Rodey, Dickason, Sloan, Akin & Robb, Albuquerque, N. M., for appellee and cross-appellant.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.
On joint motion and stipulation of the parties, cause remanded to United States District Court for the District of New Mexico for the entry of a consent settlement decree and judgment.

**John J. VANIER et al.,**

v.

**IOWA STATE COLLEGE RESEARCH FOUNDATION, a corporation of Iowa.**

No. 6472.

United States Court of Appeals
Tenth Circuit.

Dec. 7, 1960.

Thomas E. Scofield, Kansas City, Mo., Morris V. Hoobler, Salina, Kan., and Dale M. Stucky, Wichita, Kan., and Thomas B. Roberts, Des Moines, Iowa, for appellants.

John F. Eberhardt, George B. Powers, Wichita, Kan., Timothy L. Tilton, Chicago, Ill., and Edward A. Haight, Chicago, Ill., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.
Appeal dismissed on motion of appellants.